IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JACKIE DURDEN,**<br>　　　　**Plaintiff**<br><br>　　v.<br><br>**CAROLYN W. COLVIN,**<br>**ACTING COMMISSIONER OF**<br>**SOCIAL SECURITY** | **Civ. No. 1:15-cv-0118**<br><br>**Magistrate Judge Cohn**<br><br>**Judge Rambo** |

## **M E M O R A N D U M**

Before the court is a report and recommendation (Doc. 21) filed by the magistrate judge in which he recommends that the appeal by Plaintiff, Jackie Durden, from a decision of the administrate law judge be denied. No objections have been filed to the report and recommendation.

A review of the thorough and lengthy opinion of the magistrate judge shows that the ALJ's decision is supported by substantial evidence. The report and recommendation will be adopted.

A separate order will issue.

　　　　　　　　　　　　　　　　　　　　s/Sylvia H. Rambo
　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: March 3, 2016