IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACKIE DURDEN,** | : | |
| | : | **Civ. No. 1:15-cv-0118** |
| **Plaintiff** | : | |
| | : | |
| v. | : | |
| | : | **Magistrate Judge Cohn** |
| **CAROLYN W. COLVIN,** | : | |
| **ACTING COMMISSIONER OF** | : | **Judge Rambo** |
| **SOCIAL SECURITY** | : | |

## **O R D E R**

And now, this 3rd day of March, 2016, **IT IS HEREBY ORDERED** as follows:

1) The report and recommendation of the magistrate judge is adopted.

2) The appeal by plaintiff of the ALJ's decision is denied.

3) The clerk of court is directed to close this file.

                                         s/Sylvia H. Rambo
                                         United States District Judge